FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 3 1 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Jay Reginald Hatchett,<br><br>Defendant. | CR-18-08260-PCT-GMS (BSB)<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. §§ 2261A(1)(B) and 2261(b)(5)<br>(Stalking)<br>Count 1<br><br>18 U.S.C. § 875(c)<br>(Interstate Threats)<br>Count 2 |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

### COUNT 1

Beginning on or about November 1, 2017 through June 17, 2018, in the District of Arizona, and elsewhere, defendant JAY REGINALD HATCHETT, with the intent to injure, harass and cause substantial emotional distress to E.T., used facilities of interstate commerce, namely telephones, to engage in a course of conduct that caused substantial emotional distress to E.T.

In violation of Title 18, United States Code, Sections 2261A(1)(B) and 2261(b)(5).

### COUNT 2

On or about February 17, 2018, in the District of Arizona, defendant JAY REGINALD HATCHETT, knowingly transmitted in interstate commerce from the State

of California to the State of Arizona a communication by telephone to E.T., and the communication contained a threat to injure E.T., specifically to kill E.T.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: July 31, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona


_s/_
CAMILLE D BIBLES
Assistant U.S. Attorney